AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

_____*****_____DISTRICT OF__NEVADA_____

ALQUANDRE H. TURNER,

            Petitioner,

V.

STATE OF NEVADA,

            Respondent.

## JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:08-cv-00435-BES-VPC**

___   **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the  Court.  The issues have been tried or heard and a decision has been rendered.

_X_   **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED without prejudice for Plaintiff's failure to pay the filing fee.


  _January 7, 2009_                          **LANCE S. WILSON**
                                                      Clerk


                                             _/s/ Kalani Lizares_
                                                  Deputy Clerk